Commonwealth *v.* Henderson, Appellant.

 Argued March 19, 1976. *William D. Harris*, with him *Klovsky, Kuby & Harris*, for appellant; *Sandy L. V. Byrd*, Assistant District Attorney, with her *Deborah E. Glass* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.